UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KAREN S. ROWLAND,**

    Plaintiff,

v.                                                                   Civil Action No. 3:23-cv-00258-MHL

**TRANSWORLD SYSTEMS, INC.,** *et al.,*

    Defendants.

### NATIONAL COLLEGIATE STUDENT LOAN TRUST DEFENDANTS' MOTION TO DISMISS

Defendants National Collegiate Student Loan Trust 2006-4 and National Collegiate Student Loan Trust 2007-4 (collectively, the "Trusts"), by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully move this Court to dismiss Plaintiff's Amended Class Action Complaint [Dkt. No. 10] with prejudice. The reasons for this Motion are set forth in the memorandum contemporaneously filed herewith.

WHEREFORE, the Trusts respectfully request that the Court enter an order: (1) granting the Trusts' Motion to Dismiss; (2) dismissing Plaintiff's claims with prejudice for failure to state a claim for relief under Fed. R. Civ. P. 12(b)(6); and (3) granting such further relief as the Court deems appropriate.

Dated: September 8, 2023

**NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4 AND NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4**

By: /s/   *Timothy J. St. George*
Timothy J. St. George (VSB No. 77349)
David N. Anthony (VSB No. 31696)
*Counsel for National Collegiate Student Loan Trust 2006-4 and National Collegiate Student Loan Trust 2007-4*
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, VA  23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
Email: tim.st.george@troutman.com
Email: david.anthony@troutman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of September 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to all counsel of record.

*/s/ Timothy J. St. George*
Timothy J. St. George
Virginia State Bar No. 77349
*Counsel for Defendants*
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, VA  23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
Email: tim.st.george@troutman.com
