IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| KAREN S. ROWLAND, on behalf of herself and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRANSWORLD SYSTEMS, INC., <br><br> MRS BPO, L.L.C., <br><br> CONVERGENT OUTSOURCING, INC., <br><br> NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4 <br><br> NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4, and <br><br> U.S. BANK NATIONAL ASSOCIATION, <br><br> Defendants. | Civil Action No. 3:23-cv-258 <br> Hon. M. Hannah Lauck <br> U.S. District Judge |

## U.S. BANK NATIONAL ASSOCIATION'S
## MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant U.S. Bank National Association ("U.S. Bank"), by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves this Court to dismiss Plaintiff's Amended Complaint [Dkt. No. 10] with prejudice. The reasons for this Motion are set forth in the memorandum of law contemporaneously filed herewith.

WHEREFORE, U.S. Bank respectfully requests that the Court enter an order: (1) granting U.S. Bank's Motion to Dismiss; (2) dismissing Plaintiff's claims with prejudice for failure to state a claim for relief under Fed. R. Civ. P. 12(b)(6); and (3) granting such further relief as the Court deems appropriate.

Dated: September 8, 2023             Respectfully submitted,

/s/ Brian C. Rabbitt

Brian C. Rabbitt
Virginia State Bar No. 77216
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
brabbitt@jonesday.com

Albert J. Rota (*pro hac vice* pending)
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
ajrota@jonesday.com

Anthony M. Masero (*pro hac vice* pending)
JONES DAY
100 High Street, 21st Floor
Boston, MA
Telephone: (617) 960-3939
Facsimile: (617) 449-6999
amasero@jonesday.com

*Counsel for U.S. Bank National Association*

## CERTIFICATE OF SERVICE

I certify that on September 8, 2023, I filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which will send notification electronically to all counsel of record.

/s/ Brian C. Rabbitt

Brian C. Rabbitt
Virginia State Bar No. 77216
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
brabbitt@jonesday.com