IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| KAREN S. ROWLAND,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC.;<br><br>MRS BPO, L.L.C.;<br><br>CONVERGENT OUTSOURCING, INC.;<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4;<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4; and<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>　　　　Defendants. | Civil Action No. 3:23-cv-258<br>Hon. M. Hannah Lauck |

**TRANSWORLD SYSTEMS INC., CONVERGENT OUTSOURCING INC., AND MRS BPO, L.L.C.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants, Transworld Systems Inc., Convergent Outsourcing, Inc., and MRS BPO, LLC, submit this Motion to Dismiss the Amended Class Action Complaint (Doc. 10) filed by plaintiff, Karen Rowland. TSI, COI, and MRS respectfully request the Court dismiss Plaintiff's Amended Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(6). A Memorandum in Support of this Motion, detailing the law and facts that entitle movants to the requested relief is submitted herewith.

Dated:  September 8, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ William D. Bayliss*

1

        William D. Bayliss, Esq.
        Virginia Bar No. 13741
        Joseph E. Blackburn, Esq.
        Virginia Bar No. 81871
        WILLIAMS MULLEN
        200 South 10th Street, Suite 1600
        P.O. Box 1320 (23218)
        Richmond, VA 23219
        Telephone: (804) 420-6459
        Facsimile: (804) 420-6507
        bbayliss@williamsmullen.com
        jblackburn@williamsmullen.com

        Bryan C. Shartle, *Pro Hac Vice Pending*
        Justin H. Homes, *Pro Hac Vice Pending*
        Bradley J. St. Angelo, *Pro Hac Vice Pending*
        SESSIONS, ISRAEL & SHARTLE, LLC
        3838 North Causeway Blvd, Suite 2800
        Metairie, LA 70002-7227
        Telephone: (504) 828-3700
        Facsimile: (504) 828-3737
        bshartle@sessions.legal
        jhomes@sessions.legal
        bstangelo@sessions.legal

        *Counsel for Transworld Systems Inc., Convergent Outsourcing, Inc., and MRS BPO, L.L.C.*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 8th day of September, 2023, a copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

        */s/ William D. Bayliss*
        William D. Bayliss, Esq.